385 A.2d 972

**ESTATE of Bertha M. SMITH, a/k/a Bertha M. Czwartacki, Deceased.**

**Appeal of Joyce ULLMAN, Attorney for the Estate, Administrators and Beneficiaries.**

Supreme Court of Pennsylvania.

Argued April 12, 1978.

Decided May 15, 1978.

Joyce Ullman, Philadelphia, for appellant.

Pershing N. Calabro, Philadelphia, for Mary Wise.

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX and LARSEN, JJ.

## OPINION

PER CURIAM:

The appeal filed by Attorney Ullman on behalf of others is quashed.

In the appeal filed by Attorney Ullman on her own behalf, the decree is affirmed.

Costs on Attorney Ullman.

ROBERTS and MANDERINO, JJ., did not participate in the consideration or decision of this case.